IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-201-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO DE JESUS PEREZ-FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 35].

The response is due not later than May 19, 2017.

SO ORDERED. This **20** day of April 2017.

JAMES C. DEVER III
Chief United States District Judge